UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:17-CR-60-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VINCENT LOCKLEAR | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 101 be sealed until such time as it is requested to be unsealed by the Defendant.

SO ORDERED, This 12th day of April 2018.

Malcolm J. Howard
Senior United States District Judge