IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-60-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VINCENT LOCKLEAR | ) | |

This matter comes before the Court on motion of the government to seal Exhibits 1-3 to the Government's Response in Opposition to Defendant's Motion for Compassionate Release, filed at Docket Entry 131. For good cause shown, the government's motion is GRANTED.

IT IS HEREBY ORDERED that Exhibits 1-3 to the Government's Response to Defendant's Motion for Compassionate Release filed at Docket Entry 131 remain sealed.

This **23** day of **September, 2021**.

JAMES C. DEVER III
United States District Judge